**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Ian Sean GORDON, Defendant–
Appellant.**

**No. 11–10304
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Aug. 24, 2011.

Patricia D. Barksdale, Mac D. Heavener, III, Assistant U.S. Attorney, U.S. Attorney's Office, Jacksonville, FL, Robert E. O'Neill, David Paul Rhodes, Patricia A. Willing–Flu, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Paul A. Shorstein, Shorstein & Lasnetski, LLC, Jacksonville, FL, Ian Sean Gordon, U.S. Penitentiary, Tucson, AZ, for Defendant–Appellant.

Before HULL, PRYOR and FAY, Circuit Judges.

PER CURIAM:

Paul Shorstein, appointed counsel for Ian Sean Gordon in this direct criminal appeal, has filed a motion to withdraw from further representation of the appellant, because counsel believes that the appeal is without merit. Counsel has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguably meritorious issues of merit, counsel's motion to withdraw is **GRANTED,** and Gordon's conviction and sentence are **AFFIRMED.**